```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

|  |  |
|---|---|
| SYLVIA WONASUE | : |
| | : |
| v. | : Civil Action No. DKC 11-3657 |
| | : |
| UNIVERSITY OF MARYLAND ALUMNI ASSOCIATION, INC., et al. | : |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 1st day of June, 2012, by the United States District Court for the District of Maryland, ORDERED that:

1. The partial motion to dismiss filed by Defendants University of Maryland Alumni Association, Inc., and Danita D. Nias (ECF No. 3) BE, and the same hereby IS, GRANTED;

2. Counts V, VI, VII, and IX of the complaint filed by Plaintiff Sylvia Wonasue (ECF No. 1) BE, and the same hereby ARE, DISMISSED; and

3. The clerk is directed to transmit copies of the foregoing Memorandum Opinion and this Order to counsel for the parties.

```
                          _____/s/_____
                          DEBORAH K. CHASANOW
                          United States District Judge
```