**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

| | |
|---|---|
| SYLVIA WONASUE, | * |
| Plaintiff, | * |
| v. | * Case No.: PWG-11-3657 |
| UNIVERSITY OF MARYLAND ALUMNI ASSOCIATION, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the Memorandum Opinion signed this same date, it is hereby ORDERED that

1. the Motion for Summary Judgment that Defendants Danita Nias and the University of Maryland Alumni Association filed, ECF No. 64, is GRANTED IN PART as to Count I (failure to accommodate and discriminatory discharge in violation of the Americans with Disabilities Act, 42 U.S.C. §§ 12112 – 12213); Count II (unlawful employment practices in violation of the Discrimination in Employment subtitle of the Maryland State Government Article, Md. Code Ann., State Gov't §§ 20-601 – 20-609); Count III (disability discrimination in violation of the Rehabilitation Act, 29 U.S.C. §§ 701 – 796*l*, in particular, § 794); and Count VIII (interference with Plaintiff's rights as a person with a "serious health condition" under the Family Medical Leave Act, 29 U.S.C. § 2615); and DENIED IN PART as to Count IV (retaliation in violation of the Rehabilitation Act); and

2.	A status call with regard to the one remaining count, Count IV, is scheduled for Monday, December 9, 2013, at 10:30 a.m. Plaintiff's Counsel will initiate the call.

Dated: <u>November 22, 2013</u>                                     <u>       /S/              </u>
                                                                                           Paul W. Grimm
                                                                                           United States District Judge

lyb